IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DAVID L. BELL,** | § | |
| Plaintiff, | § | |
| v. | § | |
| **NFN ABRAHAM and JAIL SUPERVISOR,** | § | Civil Action No. 3:12-CV-3970-O |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's complaint is **DISMISSED** with prejudice as frivolous and/or for failure to state a claim under 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i), (ii).

**SO ORDERED** on this **21st day** of **December, 2012.**

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**